WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
Evan D. Smiley, State Bar No. 161812
Autumn D. Spaeth, State Bar No. 208707
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Attorneys for B&H Real Estate, Inc.,
a California corporation

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LISA E. FERNANDEZ,<br><br>      Debtor and<br>      Debtor-in-Possession. | Case No.: 8:07-11503-ES<br><br>Chapter 11 Case<br><br>Adversary No.: 8:07-01246-ES |
| LISA E. FERNANDEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>B&H REAL ESTATE, INC., a California corporation,<br><br>      Defendant. | **ANSWER OF B&H REAL ESTATE, INC. TO LISA E. FERNANDEZ'S FIRST AMENDED COMPLAINT TO AVOID AND RECOVER TRANSFER OF PROPERTY PURSUANT TO SECTIONS 544, 547, 548 AND 550 OF THE BANKRUPTCY CODE; AND DEMAND FOR JURY TRIAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant B&H Real Estate, Inc., a California corporation ("BHR"), through its counsel of record, respectfully submits its answer to the first amended complaint (the "Complaint") filed by Lisa E. Fernandez (the "Plaintiff) as follows:

1.    Answering paragraphs 1, 2, 3, and 4, BHR admits the allegations contained therein.

2.    Answering paragraph 5, BHR lacks sufficient information or belief to admit or deny the allegation contained therein, and denies on that basis.

3.   Answering paragraph 6, BHR admits the allegations contained therein.

4.   Answering paragraphs 7, and 9-12, BHR lacks sufficient information or belief to admit or deny these allegations, and it therefore denies them on that basis.

5.   Answering paragraph 8, BHR admits this allegation.

6.   Answering paragraphs 13, 14, and 16-20, BHR lacks sufficient information or belief to admit or deny these allegations, and it therefore denies them on that basis.

7.   Answering paragraph 15, BHR admits this allegation.

8.   Answering paragraphs 21-29, BHR lacks sufficient information or belief to admit or deny these allegations, and it therefore denies them on that basis.

9.   Answering paragraphs 30-33, BHR lacks sufficient information or belief to admit or deny these allegations, and it therefore denies them on that basis.

### FIRST AFFIRMATIVE DEFENSE

10.   The transfers set forth in the Complaint are not avoidable under 11 U.S.C. § 547 because BHR gave new value to or for the benefit of the Plaintiff that was not secured by an otherwise unavoidable security interest and on account of which new value the Plaintiff did not make an otherwise unavoidable transfer to or for the benefit of BHR.

### SECOND AFFIRMATIVE DEFENSE

11.   The transfers set forth in the Complaint were made in good faith for a reasonably equivalent value.

### THIRD AFFIRMATIVE DEFENSE

12.   Plaintiff has failed to allege sufficient facts upon which to state a valid cause of action against BHR for which a remedy can be granted.

### FOURTH AFFIRMATIVE DEFENSE

13.   The Plaintiff was not insolvent at the time of any of the transfers or rendered insolvent by any of the transfers.

**FIFTH AFFIRMATIVE DEFENSE**

14. The Transfers alleged in the Complaint were intended by BHR and Plaintiff to be a contemporaneous exchange for new value given to Plaintiff, and were in fact a substantially contemporaneous exchange pursuant to 11 U.S.C. § 547(c)(1).

**SIXTH AFFIRMATIVE DEFENSE**

15. Each and all of the purported causes of action asserted by the Complaint are barred by equitable estoppel.

**SEVENTH AFFIRMATIVE DEFENSE**

16. Each and all of the purported causes of action asserted by the Complaint are barred by waiver.

**EIGHTH AFFIRMATIVE DEFENSE**

17. Each and all of the purported causes of action asserted by the Complaint are barred by virtue of Plaintiff's unclean hands.

**NINTH AFFIRMATIVE DEFENSE**

18. Each and all of the purported causes of action set forth in the Complaint are barred by the equitable doctrine of laches.

**TENTH AFFIRMATIVE DEFENSE**

19. Each and all of the purported causes of action set forth in the Complaint are barred by Plaintiff's failure to mitigate damages, if any.

**ELEVENTH AFFIRMATIVE DEFENSE**

20. Each and all of the purported causes of action asserted by the Complaint are barred by judicial estoppel.

**TWELFTH AFFIRMATIVE DEFENSE**

21. Each and all of the purported causes of action asserted by the Complaint are barred by promissory estoppel.

**THIRTEENTH AFFIRMATIVE DEFENSE**

22. Each and all of the purported causes of action asserted by the Complaint are barred by the doctrine of setoff.

### FOURTEENTH AFFIRMATIVE DEFENSE

23. Each and all of the purported causes of action asserted by the Complaint are barred by the doctrine of recoupment.

### FIFTEENTH AFFIRMATIVE DEFENSE

24. Each and all of the purported causes of action asserted by the Complaint are barred by the Plaintiff's fraud.

### SIXTEENTH AFFIRMATIVE DEFENSE

25. The transfers alleged in the Complaint are not avoidable under 11 U.S.C. section 547 because they were not for or on account of an antecedent debt of the Plaintiff.

WHEREFORE, BHR PRAYS FOR JUDGMENT AS FOLLOWS:

A. That Plaintiff take nothing by virtue of the Complaint, or otherwise;

B. That Plaintiff is denied all of the statutory and equitable relief she seeks;

C. That the Complaint is dismissed with prejudice;

D. That BHR is awarded its costs incurred in this action;

E. That BHR is awarded its attorneys' fees incurred in this action; and

F. For such other and further relief as this Court may, in its discretion, deems just and proper.

DATED: September 4, 2007

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: *(signature)*
AUTUMN D. SPAETH
Attorneys for B&H Real Estate, Inc., a California corporation

1

## **DEMAND FOR JURY TRIAL**

2

3    BHR hereby demands a trial by jury.

4

5    DATED: September 4, 2007          WEILAND, GOLDEN,
                                       SMILEY, WANG EKVALL & STROK, LLP
6

7                                      By: /s/ Autumn Spaeth
                                       AUTUMN D. SPAETH
8                                      Attorneys for B&H Real Estate, Inc., a
                                       California corporation
9

# PROOF OF SERVICE

STATE OF CALIFORNIA,

COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

On September 4, 2007, I served the foregoing document described as **ANSWER OF B & H REAL ESTATE, INC. TO LISA E. FERNANDEZ'S FIRST AMENDED COMPLAINT TO AVOID AND RECOVER TRANSFER OF PROPERTY PURSUANT TO SECTIONS 544, 547, 548 AMD 550 OF THE BANKRUPTCY CODE; AND DEMAND FOR JURY TRIAL** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[✓]  BY MAIL

   [ ]  I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

   [✓]  I deposited such envelope with the firm for collection and processing. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on September 4, 2007, at Costa Mesa, California.

[✓]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Brenda L. Heskett
Type or print name                           Signature

|     |     |
| --- | --- |
| 1   | **In re Lisa E. Fernandez**<br>Case No.: 8:07-11509 ES |
| 2   | Adv. Case No.; 8:07-01246 ES |
| 3   | Short List Adv. Matter<br>Created: September 4, 2007 (BH) |
|     | Doc. # 224341 |

## SERVICE LIST

**Office of the U.S. Trustee**
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701
(714) 338-3421 (fax)

Annie Verdries, Esq.
Lewis Brisbois Bisgaard & Smith LLp
650 Town Center Drive, Ste. 1400
Costa Mesa, CA 92626
**Proposed Attorneys for Debtor and Debtor-in-Possession,
Lisa E. Fernandez**